**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| WAYNE GLASGOW,<br><br>Plaintiff(s),<br><br>vs.<br><br>VWNA PROCESS SOLUTIONS/TEXAS LLC ("VWNA"),<br><br>Defendant(s). | CIVIL NO. 2009/019<br><br>**ACTION FOR DAMAGES**<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DEPOSITION OF STEVE HOPPER**

TO: Wilfredo F. Morales, Clerk of the Court
District Court of the V.I.

Ashlee M. Gray, Esq.
Dudley Topper & Feuerzeig, LLP
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804
Attorney For: VWNA Process Solutions/Texas LLC

Caribbean Scribes, Inc.
2132 Company Street
Christiansted, St. Croix 00820
Tel:(340)773-8161
Fax:(340)773-6126

**PLEASE TAKE NOTICE** that pursuant to Rules 26, 30 and 32 of the Federal Rules of Civil Procedure, Plaintiff(s), by and through undersigned counsel, will take the oral examination of **STEVE HOPPER,** on **July 12, 2012,** at **3:00 PM** at **Lee J. Rohn and Associates, LLC., 1101 King Street, Christiansted, St. Croix 00820.**

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff(s)

DATED: May 21, 2012

BY: s/ *Mary Faith Carpenter*
Mary Faith Carpenter, Esquire
VI Bar No. 66
1101 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Fax: (340) 773-2954

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 21, 2012, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Ashlee M. Gray, Esq.
Dudley Topper & Feuerzeig, LLP
Attorney For: VWNA Process Solutions/Texas LLC
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804
Phone: (340) 774-4422
Fax: (340) 715-4400

And I hereby certify that I have mailed the document by U.S. mail to the following non-filer user:

Caribbean Scribes, Inc.
2132 Company Street
Christiansted, St. Croix 00820
Tel:(340)773-8161
Fax:(340)773-6126

BY: ________________________(nm)